## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RCT GROWTH PARTNERS L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-2242 |
| QUAD OCEAN GROUP LIMITED and JAMIE THOMPSON, BARRISTER & SOLICITOR, | § § § § § | |
| Defendants. | § | |

**FINAL DEFAULT JUDGMENT**

The Motion for Final Default Judgment, filed by the Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., (Docket Entry No. 16), is granted. Default was entered and the Plaintiffs submitted evidence of damages and fees. Based on the record, the court enters the following:

The Defendant, QUAD OCEAN GROUP LIMITED, defrauded the Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., and breached the fiduciary duties owed to the Plaintiffs;

JAIME THOMPSON, BARRISTER & SOLICITOR, breached fiduciary duties he owed to the Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C.

Judgment is entered in favor of the Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., and against the Defendants, QUAD OCEAN GROUP LIMITED and JAMIE THOMPSON, BARRISTER & SOLICITOR, as follows:

a. The Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., recover from the Defendants, QUAD OCEAN GROUP LIMITED and JAMIE THOMPSON, BARRISTER & SOLICITOR, jointly and severally, the sum of $350,000.00, together with prejudgment interest at the rate of 0.24% from September 4, 2012 until the date of this judgment;

b. The Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., and the Defendant, QUAD OCEAN GROUP LIMITED, exemplary damages in the amount of $700,000.00 for breach of fiduciary duty and fraud;

c. The Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., recover from the Defendant, JAMIE THOMPSON, BARRISTER & SOLICITOR, exemplary damages in the amount of $700,000.00 for breach of fiduciary duty;

d. The Plaintiffs, RCT GROWTH PARTNERS, L.L.C. and COMMERCIAL FUNDING GROUP, L.L.C., recover from the Defendants, QUAD OCEAN GROUP LIMITED and JAMIE THOMPSON, BARRISTER & SOLICITOR, jointly and severally, attorneys' fees in the amount of $8,424.10; and

e. Postjudgment interest is payable on all of the above amounts at the rate of 0.24% from the date this judgment is entered until it is paid.

SIGNED on May 26, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge